COURT OF APPEALS

Thirteenth District

Corpus Christi - Edinburg, Texas

Below is the JUDGMENT in the numbered cause set out herein to be Filed and Entered in the Minutes of the Court of Appeals, Thirteenth District of Texas, at Corpus Christi - Edinburg, as of the 26th day of September, 2013.   If this Judgment does not conform to the opinion handed down by the Court in this cause, any party may file a Motion for Correction of Judgment with the Clerk of this Court.

CAUSE NO. 13-13-00161-CV                                  (Tr.Ct.No. B-12-1301-CV-C)

FRED HOFFMAN,                                                                  Appellant,

v.

KANDI TORRES, ET AL.,                                                          Appellees.

On appeal to this Court from Aransas County, Texas.

* * * * * * *

# **<u>JUDGMENT</u>**

On appeal from the 343rd District Court of Aransas County, Texas, from a judgment signed 5th day of February, 2012.  Memorandum Opinion by Justice Nora L. Longoria.

THIS CAUSE was submitted to the Court on September 24, 2013, on the clerk's record and briefs.  These having been examined and fully considered, it is the opinion of the Court that there was no error in the judgment of the court below, and said judgment is hereby AFFIRMED against appellant, FRED HOFFMAN.

Costs of the appeal are adjudged against appellant, FRED HOFFMAN,  although he is exempt from payment due to his affidavit.  It is further ordered that this decision be certified below for observance.

* * * * * * *

DORIAN RAMIREZ, CLERK